UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cr-214-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| MICHAEL TYRONE LINDSEY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment. Having considered the Government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss the Indictment (#23) is **GRANTED**, and the Bill of Indictment in the above captioned matter is **DISMISSED** without prejudice.

Signed: September 15, 2020

Max O. Cogburn Jr.
United States District Judge

-1-